IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY INC.,
A Florida corporation,

       Plaintiff,

vs.                                      CASE NO.: 1:06cv124-SPM

ECONNERGY ENERGY COMPANY,
INC., A New York corporation,

       Defendant.
_____/

**ORDER GRANTING EXTENSION OF DEADLINES
AND CONTINUANCE OF TRIAL**

       This cause comes before the Court on the parties' motions to extend discovery and trial (doc. 87 and 88) and their responses (docs. 91 and 90). While both sides agree that an extension of the discovery deadline and the trial date are necessary, Defendant requests an extension of the discovery deadline to September 30, 2008. Plaintiff requests a more limited extension to June 30, 2008. Given the number or remaining depositions, especially those of third-parties located throughout the country and the difficulty of scheduling during the

summer vacation months, the longer extension is warranted.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The motions to extend discovery and trial (doc. 87 and 88) are granted.

2. The discovery deadline is extended to September 30, 2008.

3. The deadline for filing dispositive motions is extended to October 30, 2008.

4. Trial is continued to January 5, 2009, at 8:30 a.m., at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 21st day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:06cv124-SPM