IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**INFINITE ENERGY, INC.,**

    Plaintiff,

vs.                                                  CASE NO. 1:06cv124-SPM/AK

**ECONNERGY ENERGY
COMPANY, INC.,**

    Defendant.

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Leave to File under Seal Exhibit Q to the Wolgast Declaration in Support of Plaintiff's Motion to Compel. (Doc. 94). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Exhibit Q shall be filed under seal.

**DONE AND ORDERED** this  _**12**th_  day of May, 2008.

                                                      _s/ A. KORNBLUM_
                                                      **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**