IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY INC.,
A Florida corporation,

       Plaintiff,

v.                                   CASE NO.: 1:06cv124-SPM/AK

ECONNERGY ENERGY COMPANY,
INC., A New York corporation,

       Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL

Upon consideration, Infinite Energy, Inc.'s Motion to File Exhibits Under Seal (doc. 164) is granted. The clerk shall file the exhibits under seal.

DONE AND ORDERED this 7th day of April, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge