IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY INC.,
A Florida corporation,

      Plaintiff,

v.                                CASE NO.: 1:06cv124-SPM/AK

ECONNERGY ENERGY COMPANY,
INC., A New York corporation,

      Defendant.
_____/

## ORDER CONTINUING PROVISIONAL TRIAL DATE

This cause comes before the Court on the Emergency Motion to Amend Scheduling Order (doc. 209) filed by Econnergy Energy Company, Inc. To allow the parties at least ninety days' time to prepare for trial after a ruling is made on dispositive motions, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 209) is granted.

2.     Trial is reset for 8:30 a.m. on February 1, 2010, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 2nd day of July, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge