IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY INC.,
A Florida corporation,

    Plaintiff,

v.                                           CASE NO.: 1:06cv124-SPM/GRJ

ECONNERGY ENERGY COMPANY,
INC., A New York corporation,

    Defendant.

_____/

## ORDER AMENDING ANSWER

This cause comes before the Court upon Infinite Energy, Inc.'s Motion for Leave to Amend Answer to Econnergy's Counterclaims (doc. 352) and the response in opposition filed by Econnergy (doc. 378).

The proposed amendment seeks to remove a single word, "that," from Infinite Energy's answer. Infinite Energy makes a plausible argument that it mistakenly worded its answer. Because amendments should be freely given under the Federal Rule of Civil Procedure 15(a), it is

ORDERED AND ADJUDGED:

1.     Infinite Energy, Inc.'s Motion for Leave to Amend Answer to

Econnergy's Counterclaims (doc. 352) is granted.

    2.    The word "that" is stricken from the final sentence of paragraph 81 of the Answer to Counterclaim (doc. 146).

DONE AND ORDERED this 15th day of November, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge