IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY INC.,
A Florida corporation,

       Plaintiff,

v.                             CASE NO.: 1:06cv124-SPM/GRJ

ECONNERGY ENERGY COMPANY,
INC., A New York corporation,

       Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on Econnergy Energy Company, Inc.'s Motion for Reconsideration (doc.350), Infinite Energy's response in opposition (doc. 372), and Econnergy's reply (doc. 375-1), which the Court grants leave to file.

Econnergy's motion raises new arguments that could have been raised in its prior motion for summary judgment, but were not. Accordingly, it is

ORDERED AND ADJUDGED:

1.    Econnergy Energy Company, Inc.'s Motion for Reconsideration (doc.350) is denied.

2. Econnergy Energy Company, Inc.'s Motion for Leave to File Reply in Support of Motion for Reconsideration (doc. 375) is granted. The reply (doc. 375-1) was considered.

DONE AND ORDERED this 15th day of November, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:06cv124-SPM/GRJ